

May 3, 2018

George P. Barbatsuly
george.barbatsuly@klgates.com

T 973.848.4104
F 973.556.1584

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **IJKG, LLC et al. v. United Healthcare Services, Inc., et al.**
      **Civil Action No. 2:16-cv-08637-CCC-MF**

Dear Judge Cecchi:

I write on behalf of Plaintiffs IJKG, LLC, IJKG PROPCO LLC and IJKG OPCO LLC d/b/a CarePoint Health - Bayonne Medical Center, Hudson Hospital Holdco LLC d/b/a CarePoint Health - Christ Hospital and HUMC OPCO LLC d/b/a CarePoint Health - Hoboken University Medical Center ("Plaintiffs"). As mentioned during yesterday's argument, this will confirm that Plaintiffs are withdrawing Count Seven -- Quantum Meruit -- of their Amended Complaint (ECF Dkt No. 25).

Respectfully submitted,

/s/ George P. Barbatsuly

George P. Barbatsuly

cc: All counsel (via ECF)

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.
Date: 5/4/18

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Administrative Partner, New Jersey