NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IJKG, LLC, IJKG PROPCO LLC and IJKG OPCO LLC d/b/a CAREPOINT HEALTH — BAYONNE MEDICAL CENTER, HUDSON HOSPITAL OPCO LLC d/b/a CAREPOINT HEALTH - CHRIST HOSPITAL, AND HUMC OPCO LLC d/b/a CAREPOINT HEALTH — HOBOKEN UNIVERSITY MEDICAL CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES, INC., OPTUMINSIGHT, INC. AND UNITEDHEALTH GROUP, INC., <br><br> Defendants. | Civil Action No.: 16-8637 (CCC) <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter having come before the Court; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties:

**IT IS** on this 18th day of May, 2018,

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: **Sheryl M. Goski, Esq., 30 Columbia Turnpike, Florham Park, NJ 07932.**

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the Mediator.

4. Defendants' motion to dismiss (ECF No. 34) is terminated without prejudice. To the extent this matter is not resolved through mediation, the parties shall submit a letter to the Court requesting that the motion be reinstated.

**SO ORDERED.**

                                                **HON. CLAIRE C. CECCHI**
                                                **United States District Judge**